UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERON JOHNSON,

    Plaintiff,

v.

TOWNSHIP OF MT. MORRIS, JASON KELLEY, and BILL VANBUSKIRK, in their individual and official capacities,

    Defendants.
    _____/

Case No. 11-12123

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

Plaintiff Teron Johnson filed a four-count complaint in this court May 13, 2011, alleging the following causes of action: violations of 42 U.S.C. § 1983 in Count I, assault and battery in Count II, gross negligence in Count III, and other § 1983 violations in Count IV.

Although Plaintiff's federal causes of action are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Counts II and III are **DISMISSED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: July 1, 2011

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 1, 2011, using the ECF system.

                                              s/William Barkholz
                                              Case Manager